### Hiram Arnold v. Nelson B. Nye and others.

Affidavits must be entitled with the names of all the parties to the suit.

*Heard and decided July 14th.*

Motion to dismiss a writ of error. Affidavits being offered in support of the motion,

*H. J. Beakes*, for plaintiff in error, objected that some of the affidavits were entitled *Hiram Arnold v. Nelson B. Nye, et al.*; and he claimed that, while such entitling might be sufficient in a notice, all the names of the parties must be given in the entitling of affidavits, or they were mere nullities.

*T. M. Cooley*, contra.

THE COURT held that the affidavits objected to could not be read.